Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
Yesk Law
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
m.yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KURT BERGMAN AND NANCY BERGMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. TRUSTEE CORPS, FEDERAL HOME LOAN MORTGAGE CORPORATION, PK PROPERTIES, LLC, AND DOES 1-100 INCLUSIVE,<br><br>    Defendants. | Case No. 3:13-cv-00670-MEJ<br><br>[Proposed] ORDER ON PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:   May 16, 2013<br>Time:   10:00 a.m.<br>Crtrm.: B, 15th Fl<br>Judge:  Hon. Maria-Elena James |

    WHEREAS, Megan Dailey, counsel for Plaintiffs, requests leave to appear telephonically at the CASE MANAGEMENT CONFERENCE set for May 16, 2013, at 10:00 am in Courtroom B, 15th Floor of the above-entitled Court from the telephone number listed in the Attorney caption, (925) 849-5525.

    WHEREAS, Grounds for the request are as follows:

[Proposed] ORDER ON PLAINTIFFS' REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE - 1

1. Plaintiffs' counsel is located in Pleasant Hill, California, one hour from the Court; and

2. An appearance by telephone will save considerable legal fees and costs.

IT IS HEREBY ORDERED, Plaintiffs' request to appear by telephone is granted. The courtroom deputy clerk will initiate the telephone call 5-10 minutes prior to the time of the scheduled hearing through the court's telephone conferencing system in the courtroom.

DATED: May __10__, 2013          _____
                                  Hon. Maria-Elena James

The Court may not call counsel exactly at 10:00 a.m., but will call when the case is called on the calendar.  So counsel should be aware that they need to be available and wait for the Court's phone call.