1

Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
Yesk Law

2

70 Doray Dr., Suite 16
Pleasant Hill, CA 94523

3

Telephone: 925-849-5525
m.yesklaw@gmail.com

4

Attorneys for Plaintiffs

5

6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

SAN FRANCISCO DIVISION

9

10

KURT BERGMAN AND NANCY
BERGMAN,

11

Plaintiffs,

12

vs.

13

14

BANK OF AMERICA, N.A. TRUSTEE
CORPS, FEDERAL HOME LOAN
MORTGAGE CORPORATION, PK

15

PROPERTIES, LLC, AND DOES 1-100
INCLUSIVE,

16

17

Defendants.

18

19

)
)   Case No. 3:13-cv-00670-MEJ
)
)   [Proposed] ORDER ON PLAINTIFFS'
)   REQUEST TO APPEAR
)   TELEPHONICALLY AT CASE
)   MANAGEMENT CONFERENCE
)
)   Date:   May 16, 2013
)   Time:   10:00 a.m.
)   Crtrm.: B, 15th Fl
)   Judge:  Hon. Maria-Elena James
)
)
)
)
)
)
)
)
)

20

21

22

WHEREAS, Megan Dailey, counsel for Plaintiffs, requests leave to appear telephonically

23

at the CASE MANAGEMENT CONFERENCE set for May 16, 2013, at 10:00 am in Courtroom

24

B, 15th Floor of the above-entitled Court from the telephone number listed in the Attorney

25

caption, (925) 849-5525.

26

WHEREAS, Grounds for the request are as follows:

[Proposed] ORDER ON PLAINTIFFS' REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE - 1

1     1. Plaintiffs' counsel is located in Pleasant Hill, California, one hour from the Court; and

2     2. An appearance by telephone will save considerable legal fees and costs.

3

4

5     IT IS HEREBY ORDERED, Plaintiffs' request to appear by telephone is granted.  The

6  courtroom deputy clerk will initiate the telephone call 5-10 minutes prior to the time of the

7  scheduled hearing through the court's telephone conferencing system in the courtroom.

8

9     DATED: May __10___, 2013        _____
                                        Hon. Maria-Elena James

10

11  The Court may not call counsel exactly at 10:00 a.m., but will call when the case is called on the
    calendar.  So counsel should be aware that they need to be available and wait for the Court's
12  phone call.

13

14

15

16

17

18

19

20

21

22

23

24

25

26