Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES C. TORIO, ROSEMARIE F. TORIO,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A.; RECONTRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Case No.: 3:13-cv-00670-MEJ<br><br>REQUEST FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i);<br>[~~Proposed~~] ORDER |

Plaintiffs CHARLES C. TORIO, ROSEMARIE F. TORIO (collectively "Plaintiffs") and Defendants THE BANK OF NEW YORK MELLON; BANK OF AMERICA, N.A.; RECONTRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-100, INCLUSIVE (collectively "Defendants") hereby stipulate and agree that the Complaint and all causes of action be dismissed as to the entire action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and this stipulation, with prejudice, each party to bear its own costs and fees.

DATED: October 18, 2013        Respectfully submitted,

                                 /s/ Michael Yesk
                                Michael Yesk, Attorney for Plaintiffs

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION - 1

DATED: October 18, 2013          Severson & Werson, APC

 /s/ David E. Pinch
David E. Pinch,
Attorney for Defendants

Based on the Plaintiffs' request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant's Stipulation and good cause appearing,

IT IS ORDERED that

The case is dismissed as to the entire action, with prejudice, each side to bear its own costs and fees.

DATED: October  25 , 2013



IT IS SO ORDERED
Judge Maria-Elena James

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION - 2